IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WREN TIDWELL d/b/a LAKEHOUSE.COM, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:12-CV-4195-K |
| LAKESEARCHER.COM. OUTSELL MEDIA, LLC, MICHAEL WITTRY, and REDALKEMI, | § § § § § | |
| Defendants. | § | |

## ORDER

It appears from the face of Plaintiff's complaint that there is no connection between this case and the Dallas Division of the Northern District of Texas. Furthermore, inquiry of Plaintiff's counsel revealed none. Accordingly, on the Court's own motion, this case is **transferred** to the United States District Court for the Northern District of Texas, Fort Worth Division.  28 U.S.C. § 1404(a), 1404(b).

**SO ORDERED.**

Signed October 25th, 2012.

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE